| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Simon, Philip P. | 2. Court or Organization Northern District of Indiana | 3. Date of Report 11/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 5400 Federal Plaza Suite 4200 Hammond, IN 46320 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 11/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | City of Valparaiso Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gabelli Global Telecommunications | A | Dividend | K | T | | | | | |
| 2. First Midwest Bank Accounts | A | Int./Div. | J | T | | | | | |
| 3. College Choice Advisors 529 Plan (H) | | | | | | | | | |
| 4. - College Choice Advisors Savings Portfolio | A | Interest | K | T | Sold (part) | 01/02/14 | J | | |
| 5. - Blackrock Large Cap Value Fund | A | Dividend | J | T | | | | | |
| 6. - Artio Intl Equity Portfolio | A | Dividend | J | T | | | | | |
| 7. - International Equity Index | A | Dividend | J | T | | | | | |
| 8. - T.Rowe Price LArge Cap Growth | A | Dividend | K | T | | | | | |
| 9. - Core Bond Index Portfolio | A | Dividend | J | T | | | | | |
| 10. - Pimco Total Return Portfolio | A | Dividend | J | T | | | | | |
| 11. - Large Cap Index Portfolio | A | Dividend | J | T | | | | | |
| 12. Vanguard Prime Money Market | A | Int./Div. | L | T | Buy (add'l) | 06/26/14 | L | | |
| 13. Vanguard SHort Term Bond Fund | A | Interest | J | T | | | | | |
| 14. Vanguard International Growth Fund | A | Int./Div. | K | T | | | | | |
| 15. Vanguard Ginnie Mae | A | Dividend | | | Sold | 01/02/14 | J | A | |
| 16. Vanguard Total Stock Market Index Fund | B | Int./Div. | L | T | Sold (part) | 06/19/14 | J | C | |
| 17. Vanguard European Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 01/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   HRC Hotels LLC (X) | D | Dividend | O | T | | | | | |
| 19.   Gas City LLC (X) | C | Distribution | K | T | | | | | |
| 20.   Ameritrade Spouse's Roth IRA (X) (H) | | | | | | | | | |
| 21.   - SPDR Barclays High Yield Bond ETF (X) | A | Distribution | J | T | | | | | |
| 22.   - Vanguard Total World ETF (X) | A | Dividend | J | T | | | | | |
| 23.   - Vanguard US Mid Cap (X) | A | Dividend | J | T | | | | | |
| 24.   - Vang Small Cap Index (X) | A | Dividend | J | T | | | | | |
| 25.   - Vanguard Total Stock Index ETF (X) | A | Dividend | J | T | | | | | |
| 26.   Nationwide 457(b) Plan (X) (H) | | | | | | | | | |
| 27.   - AmerCent Val Inv (X) | A | Dividend | J | T | | | | | |
| 28.   - AmFds Gr Fd Am A (X) | A | Dividend | J | T | | | | | |
| 29.   - Invsco Gr Inc A (X) | A | Dividend | J | T | | | | | |
| 30.   - NeuBer Genesis Tr (X) | A | Dividend | J | T | | | | | |
| 31.   - Opp Glbl A (X) | A | Dividend | J | T | | | | | |
| 32.   - PIMCO Ttl Rtn A (X) | A | Dividend | J | T | | | | | |
| 33.   - W&R Advisor High Income Y (X) | A | Dividend | J | T | | | | | |
| 34.   Jackson National Life Perspective Series Fixed & Variable Ann (X)(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - JNL/MC Bond index (X) | A | Interest | K | T | | | | | |
| 36. - JNL/MC S&p 24 (X) | A | Dividend | J | T | | | | | |
| 37. -JNL/MC Intl index (X) | A | Dividend | J | T | | | | | |
| 38. - JNL Red Rocks Listed Private Eqty (X) | A | Dividend | J | T | | | | | |
| 39. - JNL/MC Val Ln 30 (X) | A | Dividend | J | T | | | | | |
| 40. - JNL/MC s&P S mid 60 (X) | A | Dividend | J | T | | | | | |
| 41. - JNL.Invesco Global real Estate (X) | A | Dividend | J | T | | | | | |
| 42. - JNL/Black Rock CommSecStgy (X) | A | Dividend | J | T | | | | | |
| 43. - JNL/MC Nasdaq 25 (X) | A | Dividend | J | T | | | | | |
| 44. - JNL/MC Global Alpha (X) | A | Dividend | J | T | | | | | |
| 45. - JNL/Lazard Emerging markets (X) | A | Dividend | J | T | | | | | |
| 46. - JNL/PPM America High Yld Bond (X) | A | Interest | J | T | | | | | |
| 47. - JNL/GS EmergingMarkets Debt (X) | A | Interest | J | T | | | | | |
| 48. - JNL/MC Sm Cap Index (X) | A | Dividend | J | T | | | | | |
| 49. - JNL/WMC Money market (X) | A | Interest | J | T | | | | | |
| 50. The Hartford -- The Director M Variable Annuity (X) (H) | | | | | | | | | |
| 51. - Htfd Ttl Return Bond HLS (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Htfd Global Growth HLS (X) | A | Dividend | J | T | | | | | |
| 53. - Fidelity VIP Contrafund (X) | A | Dividend | J | T | | | | | |
| 54. - Htfd Balanced HLS Fund (X) | A | Dividend | K | T | | | | | |
| 55. - Htfd Dividend and Growth (X) | B | Dividend | K | T | | | | | |
| 56. - Htfd Growth Opp HLS (X) | A | Dividend | J | T | | | | | |
| 57. - LordAbb Gowth & Income (X) | A | Dividend | J | T | | | | | |
| 58. Ameritrade Brokerage Account (X) (H) | | | | | | | | | |
| 59. - IShares Core S&P Small CAp ETF (X) | A | Dividend | J | T | | | | | |
| 60. - Powershares DWA Developing Markets (X) Momentum Port (X) | A | Dividend | J | T | | | | | |
| 61. - Select Sector SPDR Trust Consumer Dis Select index (X) | A | Dividend | J | T | | | | | |
| 62. - SPDR Nuveen Barclays Build Am BD ETF (X) | A | Dividend | J | T | | | | | |
| 63. - SPDR Barclays Long term Corp Bond ETF (X) | A | Dividend | J | T | | | | | |
| 64. -SPDR transport ETF (X) | A | Dividend | J | T | | | | | |
| 65. - SPDR S&P Aerospace ETF (X) | A | Dividend | J | T | | | | | |
| 66. - SPDR Barclays Long Term treasury ETF (X) | A | Dividend | J | T | | | | | |
| 67. - SPDR S&P Retail ETF (X) | A | Dividend | J | T | | | | | |
| 68. - SPDR S&P Pharmaceuticals ETF (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SPDR S&P Midcap 400 ETF (X) | A | Dividend | K | T | | | | | |
| 70. - SPDR S&P 500 ETF (X) | A | Dividend | K | T | | | | | |
| 71. Ameritrade Spouse's IRA (X) (H) | | | | | | | | | |
| 72. - SPDR Barclays High Yield Bond ETF (X) | A | Dividend | J | T | | | | | |
| 73. - Vanguard Long term Bond Fund (X) | A | Dividend | J | T | | | | | |
| 74. - Vanguard U.S. Mid Cap Index (X) | A | Dividend | J | T | | | | | |
| 75. - Vanguard Small Cap Index (X) | A | Dividend | J | T | | | | | |
| 76. - Vanguard Total Stock Market ETF (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 11/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

You will see that I have a number of additions to my FDR this year. I got married in August of last year and the new assets in Part VII are those assets that my wife brought to our marriage. Per the instructions, I have placed an "X" next to those new assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Philip P. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544